# Exhibit B

 Outlook

## [EXT] - ICE FOIA 2024-ICFO-58702

**From** ice-foia@ice.dhs.gov <noreply@securerelease.us>
**Date** Wed 10/2/2024 1:47 PM
**To** Oriana Bravo [Cardozo Law Clinics] <oriana.bravo@cardozolawclinics.yu.edu>

**\*\*External Email\*\***

10/02/2024

Oriana
 Bravo
55 Fifth Ave, 11th Floor
New york, New York 10003

RE: ICE FOIA Case Number 2024-ICFO-58702

Dear Requester:

This acknowledges receipt of your 9/25/2024, Freedom of Information Act (FOIA) request to U.S. Immigration and Customs
 Enforcement (ICE), for records pertaining to the processes and protocols under which ICE enters, maintains, and validates entries into the Immigration Violator Files in the NCIC. Your request was received in this office on 9/25/2024.

Due to the increasing
 number of FOIA requests received by this office, we may encounter some delay in processing your request. Per Section 5.5(a) of the DHS FOIA regulations, 6 C.F.R. Part 5, ICE processes FOIA requests according to their order of receipt. Although ICE's goal is
 to respond within 20 business days of receipt of your request, the FOIA does permit a 10-day extension of this time period. As your request seeks numerous documents that will necessitate a thorough and wide-ranging search, ICE will invoke a 10-day extension
 for your request, as allowed by Title 5 U.S.C. § 552(a)(6)(B). If you're able to narrow the scope of your request please contact our office. Narrowing the scope may speed up the search process. We will make every effort to comply with your request in a timely
 manner.

Provisions of the FOIA allow us to recover part of the cost of complying with your request. We shall charge you for records in accordance with the DHS Interim FOIA regulations as they apply to non-commercial requesters. As a non-commercial requester,
 you will be charged 10 cents per page for duplication; the first 100 pages are free, as are the first two hours of search time, after which you will pay the per quarter-hour rate ($4.00 for clerical personnel, $7.00 for professional personnel, $10.25 for managerial
 personnel) of the searcher. We will construe the submission of your request as an agreement to pay up to $25.00. You will be contacted before any further fees are accrued.

We have queried the appropriate program offices within ICE for responsive records.
 If any responsive records are located, they will be reviewed for determination of releasability. Please be assured that one of the processors in our office will respond to your request as expeditiously as possible. We appreciate your patience as we proceed
 with your request.

If you have any questions, please contact FOIA Public Liaison, Daniel Edgington at 500 12th Street, SW, Washington DC 20536 or (866) 633-1182. Additionally, you have a right to seek dispute resolution services from the Office of Government
 Information Services (OGIS) which mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. If you are requesting access to your own records (which is considered a Privacy Act request), you should know that
 OGIS does not have the authority to handle requests made under the Privacy Act of 1974. You may contact OGIS as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland
 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448.

Your request has been assigned reference number 2024-ICFO-58702. Please use this number in future correspondence.


Sincerely,

ICE FOIA
 Office
Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009