

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/24

**MEMORANDUM ENDORSED**

86 Chambers Street
New York, New York 10007

December 16, 2024

VIA ECF

Hon. Gregory H. Woods
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

    Re:   *Kathryn O. Greenberg Immigration Justice Clinic v. ICE, et ano.*,
           No. 24 Civ. 8542 (GHW)

Dear Judge Woods:

    This Office represents the government in the above-referenced action, in which plaintiff asserts a FOIA claim against Immigration and Customs Enforcement ("ICE"), Department of Homeland Security. I write respectfully to request a sixty-day extension of the time to respond to the complaint (*i.e.*, from December 23, 2024, to February 21, 2025), and an adjournment of the initial pretrial conference presently scheduled for February 18, 2025, to March 4, 2025, or a date thereafter that is convenient for the Court (with a corresponding extension of time for the pre-conference submissions).

    The government requests this extension and adjournment because ICE is in the process of reviewing records that are potentially responsive to the FOIA request, and the parties need additional time to consider next steps, which could resolve this matter without the Court's intervention. This is the government's first request for an extension of the deadline to respond to the complaint and an adjournment of the initial pretrial conference. Plaintiff consents to the requested relief.

    I thank the Court for its consideration of this letter.

Respectfully submitted,

EDWARD Y. KIM
Acting United States Attorney

By:   s/ *Joseph A. Pantoja*
      JOSEPH A. PANTOJA
      Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Telephone: (212) 637-2785
      E-mail: joseph.pantoja@usdoj.gov
      *Attorney for Defendants*

---

Application granted. The request by Defendants Immigration and Customs Enforcement, and Department of Homeland Security (collectively, the "Government") for an extension of time to answer or otherwise respond to the complaint and request to adjourn the initial pretrial conference, Dkt. No. 19, is granted. The deadline for the Government to answer or otherwise respond to the complaint is extended to February 21, 2025. The initial pretrial conference scheduled for February 18, 2025 is adjourned to March 6, 2025 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's November 18, 2024 order are due no later than February 27, 2025. The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 11, 19.

SO ORDERED.

Dated: December 17, 2024
New York, New York

               _____
               GREGORY H. WOODS
               United States District Judge

cc: Counsel of record (via ECF)