

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 29, 2025

**BY ECF**

Hon. Gregory H. Woods
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

      **Re:**    ***Kathryn O. Greenberg Immigration Justice Clinic v. ICE, et ano.*,**
               **No. 24 Civ. 8542 (GHW)**

Dear Judge Woods:

    I write respectfully to inform the Court that I will soon be leaving the United States Attorney's Office. Accordingly, I request entry of an order terminating my appearance in this matter. My colleague, AUSA Dominika Tarczynska, has already appeared on behalf of the government and will continue to handle the case.

    I thank the Court for its consideration of this letter.

                    Respectfully submitted,

                    JAY CLAYTON
                    United States Attorney

        By:     *s/ Joseph A. Pantoja*
               JOSEPH A. PANTOJA
               Assistant United States Attorney
               86 Chambers Street, 3rd Floor
               New York, New York 10007
               Telephone: (212) 637-2785
               E-mail: joseph.pantoja@usdoj.gov
               *Attorney for Defendants*

cc:  Counsel of record (by ECF)