```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
KATHRYN O. GREENBERG IMMIGRATION :
JUSTICE CLINIC AT BENJAMIN CARDOZO :
SCHOOL OF LAW, :    1:24-cv-08542-GHW
:
                Plaintiff, :    ORDER
:
     -against- :
:
IMMIGRATION AND CUSTOMS :
ENFORCEMENT, *and* DEPARTMENT OF :
HOMELAND SECURITY, :
:
              Defendants. :
:
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

    This case was stayed on October 17, 2025 pursuant to the Standing Order staying certain civil cases. Dkt. No. 34. The government shutdown having ended as of November 12, 2025, the stay is no longer in effect.

    On September 9, 2025, the parties were directed to submit a joint status letter no later than November 7, 2025. Dkt. No. 33. The parties are directed to submit a joint status letter no later than December 10, 2025.

    SO ORDERED.

Dated: November 20, 2025
New York, New York

                                                  GREGORY H. WOODS
                                          United States District Judge