

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 10, 2025

VIA ECF
Hon. Gregory H. Woods
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

      Re:    ***Kathryn O. Greenberg Immigration Justice Clinic v. ICE, et al.*,**
             **No. 24 Civ. 8542 (GHW)**

Dear Judge Woods:

      This Office represents Immigration and Customs Enforcement ("ICE") and the Department of Homeland Security ("DHS") (together with ICE, the "Government") in the above-referenced Freedom of Information Act ("FOIA") action. We submit this joint status report on behalf of the Government and plaintiff the Kathryn O. Greenberg Immigration Justice Clinic ("Plaintiff," and together with the Government, the "Parties") in accordance with the Court's November 20, 2025, Order. ECF No. 35.

      This case relates to a FOIA request that Plaintiff sent to the Government on September 24, 2024.  Plaintiff filed this action on November 11, 2024.  ECF No. 1.  ICE produced records in response to the FOIA request in January and February 2025.  As reported in the last status report, the Parties reached an agreement regarding an additional search that the Government will undertake that would resolve the remaining issues in dispute regarding the Government's search.

      Since the filing of the parties' last status letter, ECF No. 34, the parties have had further discussions regarding the parameters of this additional search.  ICE does not yet have an estimate of the quantity of potentially responsive documents that will be returned by that search and the corresponding amount of time that it will need to process the documents.   Once ICE has made that determination, the Government will convey a proposed timeline to Plaintiff.

      Based on the foregoing, the parties propose submitting a joint status report to the Court on or before February 9, 2026, to provide a further update as to the status of this matter.

      We thank the Court for its consideration of this letter.

                  Respectfully submitted,

                  JAY CLAYTON
                  United States Attorney

      By:    *s/ Dominika Tarczynska*
                  DOMINIKA TARCZYNSKA
                  Assistant United States Attorney
                  86 Chambers Street, 3rd Floor

Page 2

New York, New York 10007
Telephone: (212) 637-2748
E-mail: dominika.tarczynska@usdoj.gov
*Attorney for Defendants*

cc:  Counsel of record (via ECF)