

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 9, 2026

VIA ECF
Hon. Gregory H. Woods
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

      **Re:**    ***Kathryn O. Greenberg Immigration Justice Clinic v. ICE, et al.*,***
             **No. 24 Civ. 8542 (GHW)**

Dear Judge Woods:

      This Office represents Immigration and Customs Enforcement ("ICE") and the Department of Homeland Security ("DHS") (together with ICE, the "Government") in the above-referenced Freedom of Information Act ("FOIA") action. We submit this joint status report on behalf of the Government and plaintiff the Kathryn O. Greenberg Immigration Justice Clinic ("Plaintiff," and together with the Government, the "Parties") in accordance with the Court's February 10, 2026, Order. ECF No. 39.

      As the parties advised in their prior joint status report, the Parties reached an agreement regarding an additional search that the Government will undertake that would resolve the remaining issues in dispute regarding the Government's search and ICE began processing records related to this additional search. *See* ECF No. 38. Since the filing of the last report on February 9, 2026, in early February ICE provided to Plaintiff an estimate of the number of potentially responsive records located by the search and continued processing records. Defendants have not processed additional records since February 14, 2026, due to the lapse in appropriations to the DHS.

      Based on the foregoing, the parties propose submitting a joint status report to the Court on or before June 9, 2026, to provide a further update as to the status of this matter.

      We thank the Court for its consideration of this letter.

                    Respectfully submitted,

                    JAY CLAYTON
                    United States Attorney

        By:    *s/ Dominika Tarczynska*
              DOMINIKA TARCZYNSKA
              Assistant United States Attorney
              86 Chambers Street, 3rd Floor
              New York, New York 10007
              Telephone: (212) 637-2748
              E-mail: dominika.tarczynska@usdoj.gov

Page 2

*Attorney for Defendants*

cc:  Counsel of record (via ECF)