

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 9, 2026

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:  4/14/2026

VIA ECF
Hon. Gregory H. Woods
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

**MEMORANDUM ENDORSED**

Re:    ***Kathryn O. Greenberg Immigration Justice Clinic v. ICE, et al.*,**
       **No. 24 Civ. 8542 (GHW)**

Dear Judge Woods:

This Office represents Immigration and Customs Enforcement ("ICE") and the Department of Homeland Security ("DHS") (together with ICE, the "Government") in the above-referenced Freedom of Information Act ("FOIA") action. We submit this joint status report on behalf of the Government and plaintiff the Kathryn O. Greenberg Immigration Justice Clinic ("Plaintiff," and together with the Government, the "Parties") in accordance with the Court's February 10, 2026, Order. ECF No. 39.

As the parties advised in their prior joint status report, the Parties reached an agreement regarding an additional search that the Government will undertake that would resolve the remaining issues in dispute regarding the Government's search and ICE began processing records related to this additional search. *See* ECF No. 38. Since the filing of the last report on February 9, 2026, in early February ICE provided to Plaintiff an estimate of the number of potentially responsive records located by the search and continued processing records. Defendants have not processed additional records since February 14, 2026, due to the lapse in appropriations to the DHS.

Based on the foregoing, the parties propose submitting a joint status report to the Court on or before June 9, 2026, to provide a further update as to the status of this matter.

We thank the Court for its consideration of this letter.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    s/ *Dominika Tarczynska*
       DOMINIKA TARCZYNSKA
       Assistant United States Attorney
       86 Chambers Street, 3rd Floor
       New York, New York 10007
       Telephone: (212) 637-2748
       E-mail: dominika.tarczynska@usdoj.gov

*Attorney for Defendants*

cc:  Counsel of record (via ECF)


Application granted.  The parties are directed to submit a joint status letter no later than June 9, 2026.

SO ORDERED.

Dated:  April 14, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge